IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Firestone Financial, LLC

v.  NO. 21-cv-00362

Risto Trucking, Inc. and
Milos Ristic

### Affidavit of Special Process Server

Jeffrey F. Mills, being first duly sworn on oath, deposes and states as follows:

I. That he served the within Letters dated 4-19-21 and Judgment Order and Order for Detinue and Replevin on the within named defendant, __MILOS RISTIC__ by leaving a copy of each with the said defendant personally on __6-6-21__.

II. (a) That the sex, race and approximate age of the defendant or other person with whom he left the Letters/Judgment Order/Order are as follows:
Sex __M__ Race __W__ Approximate Age __30-35__
Other: _____

(b) That the place where and the date and time of the day when the Letters/Judgment Order/Order were left with the defendant or other person were as follows:
Place: __7316 W. 40th St., #4F, LYONS__
Date: __6-6-21__ Time of day: __10:30 A.M.__

III. ~~That he was unable to serve the within named defendant.~~

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Jeffrey F. Mills
615 Mallard Court, D1
Bartlett, IL 60103
312-953-7677
PERC# 129214936

000